**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**DANIEL RAY BAKER**                                                                 **PLAINTIFF**
**ADC #600691**

**v.**                              **No. 4:24-cv-00886-LPR-JJV**

**DEXTER PAYNE,** *et al.*                                                          **DEFENDANTS**

## ORDER

The Court has received a Partial Recommended Disposition (PRD) from United States Magistrate Judge Joe J. Volpe (Doc. 15) and the Plaintiff's Objections (Doc. 16). After a *de novo* review of the PRD, along with careful consideration of the Objections and the entire case record, the Court hereby approves and adopts the PRD as its findings and conclusions in all respects.[1]

Accordingly, Plaintiff's Motion for a Preliminary Injunction (Doc. 10) is DENIED. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 29th day of January 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that the information discussed in the PRD shows more than Plaintiff's failure to prove that irreparable harm in the absence of a preliminary injunction is more likely than not. It also shows Plaintiff's failure to prove a likelihood of success on the merits—or even a fair chance at the same. The latter failure makes obtaining a preliminary injunction impossible in all but the most unique of circumstances (which are not present here).